

# Fourth Court of Appeals
## San Antonio, Texas

August 12, 2014

No. 04-14-00062-CV

Steven **STAMPS** and Eva Stamps,
Appellants

v.

Alva Elia **RUIZ**,
Appellee

From the 365th Judicial District Court, Dimmit County, Texas
Trial Court No. 12-08-11759-DCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

# O R D E R

Sitting:    Karen Angelini, Justice
Sandee Bryan Marion, Justice
Marialyn Barnard, Justice

Appellants' Motion to Refer to Alternative Dispute Resolution and for Stay of Appeal is DENIED. Appellant's motion for extension of time to file their brief is GRANTED. We ORDER Appellants to file their brief on or before September 11, 2014. NO FURTHER EXTENSIONS WILL BE GRANTED.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of August, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court